## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             Case No. 25-CR-30002-SPM-1

TANEISHA M. DAVIS,

        Defendant.

## <u>MEMORANDUM AND ORDER</u>

**McGLYNN, District Judge:**

On January 8, 2025, a grand jury indicted Defendant Taneisha M. Davis on one count of arson in violation of 18 U.S.C. § 844(i) and 2. (Doc. 21). The Government now moves to dismiss this Indictment against Davis without prejudice. (Doc. 119).

The Government's Motion to Dismiss Indictment (Doc. 119) is **GRANTED**. The Indictment against Defendant Taneisha M. Davis is **DISMISSED without prejudice** pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED:   **June 30, 2025**

                            **s/ _Stephen P. McGlynn_**
                            STEPHEN P. McGLYNN
                            U.S. District Judge